■ Lew Nussberg, Also Known as Lev Nussberg, Respondent, v Gary Tatintsian, Also Known as Garri Tatintsian, et al., Appellants. [934 NYS2d 703]—

Defendants' proposed counterclaims alleging that plaintiff knowingly sold forged artworks to defendants, resulting in lost profits and other damages, do not plainly lack merit (*MBIA Ins. Corp. v Greystone & Co., Inc.*, 74 AD3d 499, 500 [2010]). Further, plaintiff fails to show that the proposed amendments would result in prejudice to him that could have been avoided had defendants raised the counterclaims in their original answer (*see Murray v City of New York*, 51 AD3d 502, 503 [2008], *lv denied* 11 NY3d 703 [2008]). Concur—Saxe, J.P., Catterson, Moskowitz, Acosta and Renwick, JJ.